HAZEL G. LEWIS, as Administratrix, etc., of JAMES LEONARD LEWIS, Deceased, Respondent, v. ROUX TRUCKING CORPORATION, Appellant.— Judgment and order as resettled unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. (See 222 App. Div. 204.)

BERNARD LUBETKIN, Respondent, v. MORRIS GREENBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MATTEAWAN NATIONAL BANK OF BEACON, Respondent, v. OLEM COMPANY, INC., Appellant, and Others, Defendants.— Order denying appellant's motion to vacate and set aside judgment, and also to vacate and set aside service of summons and complaint, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

AUGUST H. MILLER, Respondent, v. JOSEPH JACOBS, Defendant. JOSEPH VOROBA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MILTON NOVA, Appellant, v. KAESS MANUFACTURING CORPORATION, Defendant. EDWIN H. BROWN, Respondent.— Order denying plaintiff's motion to bring in Edwin H. Brown as a party defendant reversed upon the law and the facts, with ten dollars costs and disbursements, motion granted, without costs, and judgment opened for such purpose. The only issues to be tried are as between plaintiff and Edwin H. Brown. Upon the trial of such issues there should be findings of fact and conclusions of law, upon which, together with the decision already made, a new judgment may be entered. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES ENNIS, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.